# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNOLDO CEJA,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 81389

FILED

AUG 0 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellant's counsel has filed a motion to withdraw notice of appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                      Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-29113

cc:    Hon. Ronald J. Israel, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk